IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT COURT OF MARYLAND
**Northern** District

In Re: Celeste Bland         \*         Case No.

                         \*

                         \*

        Debtor         \*         Chapter 13

### CHAPTER 13 PLAN

     **X** Original Plan     _ Amended Plan       __ Modified Plan

The Debtor proposes the following Chapter 13 plan and makes the following declarations:

1. The future earnings or other income of the Debtor are submitted to the supervision and control of the Trustee, and Debtor will pay as follows:

   a.     $__**282.00**__ per month for a term of _**60**__ months. OR

   b.     $_____ per month for _____ month(s),

         $_____ per month for _____ month (s),

         $_____ per month for _____ month(s), for a total term of _____ months. OR

   c.     **$___** per month prior to confirmation of this plan, and $_____ per month after confirmation of this plan, for a total term of _____ months.

2. From the payments received, the Trustee will make the disbursements described below:
   a. Trustee commissions
   b. Administrative claims under 11 U.S.C. §507(a)(1), including attorney's fee balance of **$_1000.00_** (unless allowed for a different amount upon prior or subsequent objection)
   c. Other priority claims defined by 11 U.S.C. §507(a)(2)-(9). The Debtor anticipates the following priority claims:

   d. Concurrent with payments on non-administrative priority claims, the Trustee will pay secured creditors as follows

       i.     Pre-petition arrears on the following claims will be paid under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears):

       ii.     The following secured claims will be paid in full, as allowed, at the designated

       interest rates:

    iii.    The following secured claims will be satisfied through surrender of the collateral securing the claims (describe the collateral) and any allowed claims for deficiencies will be paid pro rata with general unsecured creditors; upon confirmation of the plan, the automatic stay is lifted, if not modified earlier, as to the collateral of the listed creditors:

    iv.    The following secured claims are not affected by this plan and will be paid outside of the plan directly by the Debtor:

**Chase Manhattan Mortgage, 1st Mortgage**

**Chrysler Financial, Car Loan**

    v.    If any secured claim not described in the previous paragraphs is filed and not disallowed, that claim shall be paid or otherwise dealt with outside the plan directly by the Debtor, and it will not be discharged upon completion of the plan.

    e.    After payment of priority and secured claims, the balance of funds will be paid pro rata on allowed general, unsecured claims. (If there is more than one class of unsecured claims, describe each class.)

3.    The amount of each claim to be paid under the plan will be established by the creditor's proof of claim or superseding Court order. The Debtor anticipates filing the following motion(s) to value a claim or avoid a lien. (Indicate the asserted value of the secured claim for any motion to value collateral.):

4.    Secured Creditors will retain their liens.

5.    The following executory contracts are assumed (or rejected, so indicate):

6.    Title to property shall revest in the Debtor when the Debtor is granted a discharge pursuant to 11 U.S.C. §1328.

*10/16/05*                                      *Celestine Bland /s/*
Date                                              Debtor

*David L. Ruben/s/*
Attorney for Debtor                            Joint Debtor