PROCEEDING MEMO - CHAPTER 13

Date: 03/02/2006 Time: 10:00

05-43774 Celeste M. Bland

David L. Ruben representing Celeste M. Bland (Debtor)

Ellen W. Cosby (Trustee)

[5] Chapter 13 Plan Filed by Celeste M. Bland.
Movant: Celeste Bland    BY D Ruben;

[11] Objection to Confirmation of Chapter 13 Plan. (Related Document: [5] Chapter 13 Plan Filed by Celeste M. Bland). (Cosby, Ellen) Modified on 12/30/2005 (Kearney, C). CORRECTIVE ENTRY: ADDED DOCUMENT LINKAGE.

*for Debtor to communicate with student loan holder.*

DISPOSITIONS:

Plan: Confirmed  Modified  Hold  Interlineation:$___  Mos.___  Converted to Ch___
Denied without/with leave to amend by:_____ Conf:_____ Dismissed
Continued to: 4/6/06 at 10am

Other Matters:    (List Paper No next to ruling)

Granted ____    Sustained ____    Denied ____
Overruled ____    Withdrawn ____    Under Adv. ____
Moot ____    Consent ____    Dismissed ____
O.T.J. Fee ____

DECISION:

[ ] Signed by Court    [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel        [ ] Court
    [ ] Respondent's counsel    [✓] Other  ESS - Send notice

NOTES: Leo: 2 issues.
  1. Equity up $4k
  2. Disposable income + 1700 higher for household.
Went 900 over 56 remaining.
Debtor's wants student loan debt outside.

D'r. 46K is ttl student loan.
Agree to 100%, but want it outside.
Ct. - Will not allow unsecured student loan to be placed outside plan by Debtor, without consent.