UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:                                                    *

    CELESTE M. BLAND                      *        Case No. 05-43774-SD

        Debtor                                  *            (Chapter 13)

*         *         *         *         *         *         *

OBJECTION TO CONFIRMATION OF PLAN

        Ellen W. Cosby, Trustee, having reviewed the Chapter 13 statement and plan filed in this case, having examined the Debtor at the Section 341 meeting, and having reviewed any additional information and documentation deemed pertinent, objects to confirmation of the Debtor's Second Amended Plan filed May 8, 2006 for the reasons stated below.

        1.       The arrears calculation stated in Paragraph 2(e)(ii) is incorrect. The payment amount listed exceeds the total proposed plan payment.

        2.       The Debtor in default $280.00 (approximately one half of a payment) in her plan payments. The next plan payment is due on May 15, 2006.

Dated:  May    12,    2006            /S/_____
                                                                      Ellen W. Cosby
                                                                      P.O. Box 20016
                                                                      Baltimore, MD  21284-0016
                                                                      (410) 825-5923
                                                                      Chapter 13 Trustee

CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that copies of the foregoing Objection were mailed by first-class mail on May 12, 2006, to:

        Celeste M. Bland
        5525 Clifton Avenue
        Baltimore, MD  21207

        David L. Ruben, Esquire
        7310 Ritchie Highway, Suite 203
        Glen Burnie, MD  21061

                                                                     /S/_____
                                                                      Ellen W. Cosby